[No. 25640-8-I.   Division One.   February 18, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID B. WALLACE, *Appellant*.

Appeal from a judgment of the Superior Court for San Juan County, No. 89-1-05026-6, Alan R. Hancock, J., entered January 22, 1990. *Dismissed* by unpublished per curiam opinion.

[No. 26487-7-I.   Division One.   February 18, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. BENJAMIN ERIC JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-00679-1, Sharon S. Armstrong, J., entered July 2, 1990. *Dismissed* by unpublished per curiam opinion.

[No. 25710-2-I.   Division One.   February 18, 1992.]

*In the Matter of the Dependency of* J. ARGYLE.

Appeal from a judgment of the Superior Court for King County, No. 87-7-00314-9, Peter K. Steere, J., entered February 13, 1990. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Scholfield and Forrest, JJ.

[No. 26795-7-I.   Division One.   February 18, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIK DONALD BURKHART, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-8-00335-5, R. Joseph Wesley, J., entered July 23, 1990. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Pekelis and Coleman, JJ.